HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
BERNABE TADDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BERNABE TADDY<br><br>  Defendant. | NO. 2:23-po-00021-KJN-1<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  March 15, 2023<br>TIME:    9:00 a.m.<br>JUDGE:  KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Linda C. Harter, Assistant Federal Defender, attorney for BERNABE TADDY, that the Court continue the status conference currently set for March 15, 2023 at 9:00 a.m. to April 5, 2023 at 9:00 a.m.

The continuance is requested for Mr. Taddy to fill out a financial disclosure affidavit and have it processed by the government for a possible resolution of the case. By this stipulation, the parties now jointly move to continue the status conference to April 5, 2023 at 9:00 a.m.

Dated: March 9, 2023                              Respectfully submitted,

                                                                HEATHER E. WILLIAMS
                                                                Federal Defender
                                                                */s/ Linda C. Harter*

-1-

|   |   |
|---|---|
|   | LINDA C. HARTER<br>Assistant Federal Defender<br>Attorney for Defendant |
| Dated: March 9, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Alstyn Bennett*<br>ALSTYN BENNETT<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED that the status conference currently set for March 15, 2023 be vacated for the reasons stated above and continued to April 5, 2023 at 9:00 a.m.

Dated: March 10, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE