PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNABE T. TADDY,<br><br>　　　　Defendant. | 2:23-PO-00021-KJN<br><br>ORDER TO SHOW CAUSE<br><br><br>Date:  August 30, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

### ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR

IT IS HEREBY ORDERED that the defendant shall appear on August 30, 2023, at 9:00 a.m., to show cause why the probation granted on April 5, 2023, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on August 30, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 21, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE