HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
BERNABE TADDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNABE TADDY,<br><br>        Defendant. | NO. 2:23-po-00021-KJN<br><br>STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE<br><br><br>DATE:  August 30, 2023<br>TIME:   9:00 a.m.<br>JUDGE:  KENDALL J. NEWMAN |

IT IS HEREBY STIPULATED between Assistant United States Attorney Alstyn Bennett, Attorney for Plaintiff and Assistant Federal Defender Linda C. Harter, attorney for Bernabe Taddy, that the Court may vacate the Initial Appearance on the Petition to Revoke Probation currently set for August 30, 2023 and continue it to September 27, 2023, at 9:00 a.m.

Defense counsel requests additional time for defense preparation.

Dated: August 29, 2023                       Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/ Linda C. Harter*
                                                    LINDA C. HARTER
                                                    Assistant Federal Defender
                                                    Attorney for Defendant BERNABE TADDY

Date: August 29, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Alstyn Bennett*
ALSTYN BENNETT
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Initial Appearance on Petition to Revoke Probation currently set for August 30, 2023 be vacated for the reasons stated above and continued to September 27, 2023,. at 9:00 a.m. The Clerk's Office is directed to issue an amended notice to appear for defendant.

Dated:  August 29, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE